# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Equal Employment Opportunity Commission, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1-17-cv-92 |
| Keller Paving and Landscaping, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

The court previously scheduled a settlement conference with the parties for March 7, 2018. (Doc. No. 10). After conferring with the parties in light of inclement weather, the court reschedules that settlement conference for March 27, 2018, at the federal courthouse in Minot, North Dakota.

**IT IS SO ORDERED.**

Dated this 7th day of March, 2018.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr., Magistrate Judge
                                               United States District Court